UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY BUFORD-LEWIS, III, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-0527 SEB-WTL |
| ) | |
| MARION COUNTY, INDIANA, ) | |
| ) | |
| Defendant. ) | |

**ORDER CERTIFYING CASE AS CLASS ACTION**

Come now the parties, having filed their Stipulation to Certify Action as Class Action Pursuant to F.R.Civ.P 23(b)(2), and the Court having read the Stipulation, and being duly advised, finds that good cause exists to grant it, and,

IT IS FOUND that all the requirements of Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure are met in this cause, and therefore this case should be certified as a class action, and,

IT IS FURTHER found that the common question of law presented by the class is whether the conditions at the Center violate the United States Constitution.

IT IS ORDERED that this case is certified as a class action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure with the class defined as:

all persons currently, or in the future, confined to the Marion County Community Corrections Center

IT IS FURTHER ORDERED that counsel for the plaintiff is an appropriate and adequate attorney to represent the class and is therefore appointed as class counsel pursuant to Rule 23(g) of the Federasl Rules of Civil Procedure.

- 2 -

06/07/2007
_____
Date

                                                */s/ Sarah Evans Barker*
                                                SARAH EVANS BARKER, JUDGE
                                                United States District Court
                                                Southern District of Indiana

cc:

Kenneth J. Falk
ACLU of Indiana
kfalk@aclu-in.org

James B. Osborn
Chief Litigation Counsel
josborn@indygov.org

Ian L. Stewart
Assistant Corporation Counsel
istewart@indygov.org